**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1675**

GBOLAHAN OYEBANJI OLUBOWALE, a/k/a Gbolahan Oyebanji Olubawale,

Petitioner,

v.

JEFFERSON B. SESSIONS III, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: October 22, 2018                                    Decided: November 1, 2018

Before NIEMEYER and KING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Gbolahan Oyebanji Olubowale, Petitioner Pro Se. Julia Tyler, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gbolahan Oyebanji Olubowale, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the immigration judge's decision denying his applications for asylum, withholding of removal, and protection under the Convention Against Torture (CAT). Olubowale has waived review of the denial of protection under the CAT by not raising the issue in his informal brief. *See* 4th Cir. R. 34(b); *Suarez-Valenzuela v. Holder*, 714 F.3d 241, 248-49 (4th Cir. 2013) (noting that failing to challenge Board's ruling or finding in opening brief waives issue). Olubowale has abandoned review of the adverse credibility finding, which was the reason his applications for asylum and withholding of removal were denied, because he did not exhaust this issue before the Board or raise it in his brief before this Court. *See* 8 U.S.C. § 1252(d)(1) (2012); *Ramirez v. Sessions*, 887 F.3d 693, 700 (4th Cir. 2018) (noting court lacks jurisdiction to review issue if alien failed to raise it below). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*